IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEONTE RUIZ,

    Plaintiff,

v.                                                    4:19cv69–WS/HTC

STATE OF FLORIDA,
et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 21) docketed August 16, 2019. The magistrate judge recommends that the plaintiff's case be dismissed for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1) and § 1915(e)(2)(B)(ii). The plaintiff has filed objections (ECF No. 22) to the report and recommendation.

Having reviewed the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 21) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint and this action are DISMISSED without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1) and § 1915(e)(2)(B)(ii).

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

4. The clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and § 1915(e)(2)(B)(ii).

DONE AND ORDERED this __16th__ day of __September__, 2019.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE